| | |
|---|---|
| 1 | Brian K. Brookey - SBN 149522 |
| | brian.brookey@tuckerellis.com |
| 2 | Steven E. Lauridsen - SBN 246364 |
| | steven.lauridsen@tuckerellis.com |
| 3 | TUCKER ELLIS LLP |
| | 515 South Flower Street |
| 4 | Forty-Second Floor |
| | Los Angeles, CA 90071-2223 |
| 5 | Telephone:     213.430.3400 |
| | Facsimile:      213.430.3409 |
| 6 | |
| 7 | Attorneys for Defendant and Third-Party Plaintiff, |
| | LENNIE MARVIN ENTERPRISES, INC. |

TUCKER ELLIS LLP
Cleveland ◆ Columbus ◆ Denver ◆ Los Angeles ◆ San Francisco

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG YOUNG PUBLISHING, INC., a corporation, | Case No. 2:14-CV-02360 DSF (CWx) |
| | Hon. Dale S. Fischer |
| Plaintiff, | Courtroom 840 |
| v. | **THIRD-PARTY COMPLAINT FOR BREACH OF IMPLIED WARRANTY AND BREACH OF THE CALIFORNIA UNIFORM COMMERCIAL CODE** |
| UNIVERSAL PICTURES, a division of UNIVERSAL CITY STUDIOS LLC, a corporation; RELATIVITY MEDIA LLC; a corporation; ILLUMINATION ENTERTAINMENT, a corporation; LENNIE MARVIN ENTERPRISES, INC., a corporation; and DOES 1 to 10, | |
| | **DEMAND FOR A JURY TRIAL** |
| Defendants. | |
| LENNIE MARVIN ENTERPRISES, INC., a corporation, | |
| Third-Party Plaintiff, | |
| v. | |
| PAULEITTA S. PHILLIPS, an individual, dba CREATIVE IMAGES; and JOY PHILLIPS, an individual, | |
| Third-Party Defendants. | |

Pursuant to Rule 14(a) of the Federal Rules of Civil Procedure, Third-Party Plaintiff and Defendant Lennie Marvin Enterprises, Inc. ("LMEI") alleges as follows:

## JURISDICTION AND VENUE

1.  This Court has subject matter jurisdiction over this action pursuant to Rule 14 of the Federal Rules of Civil Procedure and 28 U.S.C. §§ 1331 and 1338.

2.  This Court has personal jurisdiction over Pauleitta S. Phillips dba Creative Images and Joy Phillips (collectively, "Creative Images") pursuant to California's Long Arm Statute, C.C.P. § 410.

3.  Venue is proper in this district pursuant to Rule 14 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1391.

## PARTIES

4.  Third-party Plaintiff LMEI is a California corporation with its principal place of business in Los Angeles, California.

5.  On information and belief, third-party Defendant Pauleitta S. Phillips is a Florida citizen conducting business as Creative Images at 103 West St. John's Avenue, Hastings, Florida 32145.

6.  On information and belief, third-party Defendant Joy Phillips is a Florida citizen who is the President of Creative Images and who is conducting business at 103 West St. John's Avenue, Hastings, Florida 32145.

## FACTUAL BACKGROUND

7.  On March 27, 2014, a complaint for copyright infringement was filed in the United States District Court for the Central District of California by Greg Young Publishing, Inc. ("GYP").

8.  GYP twice amended its complaint, and on July 31, 2014, it filed its Second Amended Complaint ("SAC") for copyright infringement against various defendants and for contributory copyright infringement against LMEI. A copy of the SAC is attached as Exhibit 1.

9.  In the SAC, GYP alleges it is the owner of Copyright Registration No.

VA0001416155 for a painting titled "Starting Lineup."

10. In the SAC, GYP alleges that LMEI's co-defendants infringed the copyright on the work "Starting Lineup" by displaying the work in one or more scenes of the animated motion picture feature titled *Hop*.

11. GYP further alleges that LMEI's co-defendants infringed the copyright for "Starting Lineup" by displaying the work in at least two trailers for *Hop*.

12. LMEI leased "Starting Lineup" to its co-defendant Universal Pictures for use in *Hop*.

13. GYP alleges in the SAC that LMEI is liable for contributory copyright infringement for its leasing of "Starting Lineup" to its co-defendants for use in *Hop*.

14. LMEI purchased "Starting Lineup" from Creative Images and did not provide Creative Images with specifications for the work.

15. Creative Images provided LMEI written authorization to allow its clients to use works purchased by LMEI from Creative Images for television, movies, and commercials. Joy Phillips signed this release as the President of Creative Images.

16. "Starting Lineup" was included within the scope of this authorization.

17. After LMEI was served with the SAC, it requested that Creative Images defend and indemnify LMEI in this action, but Creative Images refused.

## FIRST CLAIM
(Breach of Implied Warranty)

18. LMEI incorporates by reference the allegations contained in Paragraphs 1 through 17.

19. When Creative Images sold LMEI the "Starting Lineup" work that is the subject of this action, it implicitly warranted that the work was free from any claims of infringement.

20. Creative Images breached this implied warranty, on which LMEI reasonably relied, by selling LMEI a product that GYP contends infringes the copyright asserted in this action.

21. LMEI has been damaged by Creative Images' breach in that it has incurred attorneys' fees and expenses and will be further damaged if it is found liable for contributory copyright infringement or if it settles this action without full compensation from Creative Images.

## SECOND CLAIM

(Breach of the California Uniform Commercial Code)

22. LMEI incorporates by reference the allegations contained in Paragraphs 1 through 21.

23. LMEI's purchase of "Starting Lineup" from Creative Images was governed by the Uniform Commercial Code as adopted by the State of California.

24. Section 2-312 of the California Uniform Commercial Code provides that every sale of goods includes a warranty that the seller has title to those goods, and Section 2-607 provides that if that warranty is breached, the buyer is entitled to indemnity from the seller.

25. Creative Images has breached at least the above two provisions of the California Uniform Commercial Code, both by selling a product that is subject to a claim of infringement and by refusing to indemnify LMEI in this litigation and defend this litigation on its behalf.

26. LMEI has been damaged by Creative Images' breaches in that it has incurred attorneys' fees and expenses, and it will be damaged further if it is found liable for contributory copyright infringement or settles this action without full compensation from Creative Images.

## PRAYER

**THEREFORE**, LMEI prays for judgment as follows:

1. For damages in an amount according to proof;

2. For a declaration that Pauleitta S. Phillips dba Creative Images and Joy Phillips must indemnify LMEI for all damages, monetary awards, fees, costs, or other expenses arising from or relating to Plaintiff's allegations in the SAC or any subsequent

amended pleading;

    3.    For LMEI's reasonable costs of suit relating to this third-party complaint;

    4.    For any such other and further relief as the Court deems proper.

DATED: September 23, 2014        Tucker Ellis LLP

By:    /s/Brian K. Brookey
       Brian K. Brookey
       brian.brookey@tuckerellis.com
       Attorneys for Defendant and Third-Party Plaintiff,
       LENNIE MARVIN ENTERPRISES, INC.

## DEMAND FOR A JURY TRIAL

LMEI requests a jury trial on all claims so triable.

DATED: September 23, 2014        Tucker Ellis LLP

By:    /s/Brian K. Brookey
       Brian K. Brookey
       brian.brookey@tuckerellis.com
       Attorneys for Defendant and Third-Party Plaintiff,
       LENNIE MARVIN ENTERPRISES, INC.